NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**VIRENTEM VENTURES, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

―――――――――

2021-1764, 2021-1765, 2021-1804, 2021-1822

―――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-01237, IPR2019-01239, IPR2019-01241, IPR2019-01243.

―――――――――

## JUDGMENT

―――――――――

DENISE MARIE DE MORY, Bunsow De Mory LLP, Redwood City, CA, argued for appellant.

DANIEL ZEILBERGER, Paul Hastings LLP, Washington, DC, argued for appellee.  Also represented by NAVEEN MODI, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 21, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |